| | | | | |
|---|---|---|---|---|
| McCloud v. State | 49A05–1606–CR–1194 | 08/22/2017 | BRADFORD, J. | Affirmed and remanded |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Hairston v. City of Gary Police Civil Service Commission | 45A03–1704–MI–808 | 08/23/2017 | KIRSCH, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Driver v. State | 71A03–1605–PC–1018 | 08/23/2017 | KIRSCH, J. | Affirmed in part, remanded in part |
| | | | NAJAM, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Pace v. State | 72A04–1701–CR–212 | 08/23/2017 | KIRSCH, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BROWN, J. | Concurs |
| LaRussa v. State | 49A02–1703–CR–619 | 08/23/2017 | BRADFORD, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Cox v. State | 49A04–1703–CR–519 | 08/23/2017 | KIRSCH, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Nelson v. Deaconess Hospital, Inc. | 82A01–1611–CC–2690 | 08/24/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Ward v. State | 20A03–1610–CR–2471 | 08/24/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Myles v. State | 84A01–1702–CR–299 | 08/24/2017 | DARDEN, Sr.J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Lane v. Lane | 92A03–1702–DR–399 | 08/24/2017 | BRADFORD, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Hershberger v. State | 71A03–1702–CR–320 | 08/24/2017 | NAJAM, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BROWN, J. | Concurs |